# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128327

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                     SC:  128327
                                     COA:  259393
                                     Oceana CC: 02-003283-FH

DENNIS JEROME FOUST, JR.,
       Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the March 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

s1128